**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7491

BEN A. POTTS,

Petitioner - Appellant,

versus

FEDERAL BUREAU OF PRISONS,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (7:07-cv-00438-jlk)

Submitted: January 17, 2008      Decided: February 12, 2008

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ben A. Potts, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ben A. Potts appeals the district court's order dismissing his mandamus action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Potts v. Fed. Bureau of Prisons, No. 7:07-cv-00438-jlk (W.D. Va. Sept. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED